# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-20359
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 1, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

BAHRAM MECHANIC,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CR-204-1

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Bahram Mechanic appeals the district court's denial in part of his motion for reconsideration of his pretrial detention order. The district court granted the motion to the extent that it reopened the detention proceedings and heard new evidence, but ultimately declined to reverse the pretrial detention order.

The district court's decision rests upon its conclusion that Mechanic has failed to establish that any condition or combination of conditions will

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-20359

reasonably assure Mechanic's presence at future proceedings if Mechanic is released. 18 U.S.C. § 3142. Absent an error of law, we will uphold a district court's pretrial detention order if it is supported by the proceedings below. *United States v. Rueben*, 974 F.2d 580, 585 (5th Cir. 1992). The same standard of review applies to the denial of a motion to reconsider a detention order. *United States v. Hare*, 873 F.2d 796, 798 (5th Cir. 1989).

Analysis of the factors set forth in § 3142(g) indicates that the district court's conclusions are supported by the proceedings below. *See Rueben*, 974 F.2d at 586. As a result, Mechanic has not shown that the district court abused its discretion. *See Hare*, 873 F.2d at 798.

AFFIRMED.